IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| KATHLEEN FREEMAN,         )<br>                           )<br>     Plaintiff,           )<br>                           )<br>     v.                    )<br>                           )<br>RUSSELL COUNTY SHERIFF     )<br>HEATH TAYLOR, doing        )<br>business as Russell County )<br>Sheriff's Department,      )<br>                           )<br>     Defendant.            ) | CIVIL ACTION NO.<br>   3:15cv956-MHT<br>        (WO) |

OPINION AND ORDER

Plaintiff filed this case contending that she was subjected to race and sex discrimination and retaliation.  This case is before the court on the recommendation of the United States Magistrate Judge that defendant's motion to dismiss be denied.  There are no objections to the recommendation.  Upon an independent and de novo review of the record, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 21) is adopted.

(2) The motion to dismiss (doc. no. 15) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 8th day of December, 2016.

                                           /s/ Myron H. Thompson  
                                      **UNITED STATES DISTRICT JUDGE**