IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| KATHLEEN FREEMAN,            )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                        )<br>                              )<br>RUSSELL COUNTY SHERIFF        )<br>HEATH TAYLOR, doing           )<br>business as Russell           )<br>County Sheriff's              )<br>Department,                   )<br>                              )<br>    Defendant.                ) | CIVIL ACTION NO.<br>   3:15cv956-MHT<br>        (WO) |

### JUDGMENT

Upon consideration of plaintiff's request for voluntary dismissal (doc. no. 28), which the court construes as a motion for dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), it is the ORDER, JUDGMENT and DECREE of the court that the motion is granted, and this case is dismissed in its entirety without prejudice, with no costs taxed.

All pending motions are denied as moot.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 10th day of January, 2017.**

                                         **/s/ Myron H. Thompson**
                                   **UNITED STATES DISTRICT JUDGE**